# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christopher J. Hoffman      BK NO. 20-00411 HWV
       Lori Ann Hoffman fka Lori A Smith

                           Chapter 7

                 Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322