United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                        Case No. 20-00411-HWV
Christopher J Hoffman                                                          Chapter 7
Lori Ann Hoffman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2        Date Rcvd: Apr 03, 2020
                           Form ID: ntcovid        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
```
db/jdb      +Christopher J Hoffman,   Lori Ann Hoffman,   132 Cypress Lane,   Hanover, PA 17331-1743
5298043     +Aes Members 1st Fcu,   Attn: Bankruptcy,   Po Box 40,   Mechanicsburg, PA 17055-0040
5298044     +CitiBank/CitiCorCredit,   PO Box 790040,   Saint Louis, MO 63179-0040
5298045     +Credit First National Association,   Attn: Bankruptcy,   Po Box 81315,
             Cleveland, OH 44181-0315
5298047    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit,   National Bankruptcy Service Center,
             Po Box 62180,   Colorado Springs, CO 80962)
5298046     +First National Bank,   Attn: Bankruptcy,   4140 East State Street,   Hermitage, PA 16148-3401
5298048     +Golden Law LLP,   2447 Pacific Coast Hwy 2nd,   Hermosa Beach, CA 90254-2714
5298049     +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
5298051     +Lakeview Loan Servicing LLC,   4425 Ponce DeLeon Blvd,   Mail Stop Ms5/251,
             Miami, FL 33146-1873
5298053     +Midland Fund,   Attn: Bankruptcy,   350 Camino De La Reine Ste 100,   San Diego, CA 92108-3007
5298054     +PNC Bank,   Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 21:24:24
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5298050     +E-mail/Text: bncnotices@becket-lee.com Apr 03 2020 21:32:55        Kohls/Capital One,
             Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
5298052      E-mail/Text: camanagement@mtb.com Apr 03 2020 21:33:41        M & T Bank,   Attn: Bankruptcy,
             Po Box 844,   Buffalo, NY 14240
5298055     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:25:28        Synchrony Bank,   PO Box 960013,
             Orlando, FL 32896-0013
5298475     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:23:51        Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5298056     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 21:25:29        Synchrony Bank/Sams Club,
             Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5301551*   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company, LLC,   PO Box 62180,
             Colorado Spring, CO 80962)
5301550*   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company, LLC,   PO Box 62180,
             Colorado Spring, CO 80962)
                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
        Gary J Imblum    on behalf of Debtor 2 Lori Ann Hoffman gary.imblum@imblumlaw.com,
        gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
        ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
        .com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Gary J Imblum    on behalf of Debtor 1 Christopher J Hoffman gary.imblum@imblumlaw.com,
      gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
      ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
      .com
      Howard  Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
      229ecf@glpoc.comcastbiz.net
      James  Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      Steven M. Carr (Trustee)    stevecarr8@comcast.net,  pa3l@ecfcbis.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                        TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher J Hoffman,                      Chapter      7

      **Debtor 1**

Lori Ann Hoffman,                           Case No.     1:20−bk−00411−HWV
fka Lori A Smith,

      **Debtor 2**

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting will be held telephonically, refer to the call−in instructions. | Date: April 15, 2020<br><br>Time: 03:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 3, 2020 |

ntcovid (04/18)

## CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Effective March 30, 2020)

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |